IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00685-GCM

| | |
|---|---|
| AFRICA E. OTIS,<br><br>**Plaintiff,**<br><br>v.<br><br>CITY OF MOUNT HOLLY,<br>DONALD ROPER,<br>DANNY JACKSON,<br>MILES BRASWELL,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial is presently set for May 9, 2022. A scheduling conflict now makes that date untenable, and trial must be continued to the following week. The Court regrets any inconvenience to the parties.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to May 16, 2022 at 10 am.[1]

**SO ORDERED**.

Signed: March 7, 2022

Graham C. Mullen
United States District Judge

---

[1] Another trial is set for the same trial term, and may be called before the trial in this matter. The expected time to try that case is two days.