IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00685-GCM

| | |
|---|---|
| AFRICA E. OTIS,<br><br>**Plaintiff,**<br><br>v.<br><br>CITY OF MOUNT HOLLY,<br>DONALD ROPER,<br>DANNY JACKSON,<br>MILES BRASWELL,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter is presently set for May 16, 2022. The pendency of a summary judgment motion makes the existing trial date untenable, and the Court will continue this matter to the July trial term.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to July 18, 2022 at 10:00 AM.

**SO ORDERED**.

Signed: April 5, 2022

Graham C. Mullen
United States District Judge