# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Africa E. Otis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00685-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Mount Holly et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2022 Order.

May 16, 2022

Frank G. Johns, Clerk
United States District Court